UNITED STATES OF AMERICA
WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                         Criminal Case No. 08-cr-20429-1

TOMMIE DUNN,

        Defendant.
_____/

## NOTICE AND ORDER FOR RESPONSE

The Defendant has filed two "Motions to Modify Sentence Pursuant to Plain Error Criminal Procedure Rule 52(d) and Misapplication of the Statutes U.S.S.G. 2K2.4 Amendment 599 and Amendment 600", [Dkt #s 291 and 292] on February 26, 2019 and March 4, 2019.

IT IS HEREBY ORDERED that the Government is to file a response and brief to the pending motions by **May 6, 2019. The reply, if any, is to be filed by June 6, 2019.**

                                               S/Robert H. Cleland
                                               ROBERT H. CLELAND
                                               UNITED STATES DISTRICT JUDGE

Dated: March 6, 2019

I hereby certify that a copy of the foregoing document was mailed to counsel and pro se parties of record on this date, March 6, 2019, by electronic and/or ordinary mail.

                                               S/Lisa Wagner
                                               Case Manager and Deputy Clerk
                                               (810) 292-6522